# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 1:17-CR-00010-003 LJO SKO |
| CURTIS ANDREW BALDWIN | |
| Defendant. | |

**FILED MAY 17 2018 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY ___ DEPUTY CLERK**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | CURTIS ANDREW BALDWIN | |
| Detained at | San Luis Obispo County Jail, CA | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: SEE ATTACHMENT "A" FOR LIST OF CHARGES |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ BRIAN K. DELANEY |
| Printed Name & Phone No: | BRIAN K. DELANEY (661) 489-6150 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 5/17/18

Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | Booking # A00678091 / ID: 465165 | DOB: | |
| Facility Address: | 1585 Kansas Ave, San Luis Obispo, CA | Race: | |
| Facility Phone: | (805) 781-4600        93405 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed _____

(signature)

# ATTACHMENT A
## CHARGES RE CURTIS ANDREW BALDWIN

21 U.S.C. §§846 & 841(a)(1) – CONSPIRACY TO DISTRIBUTE AND POSSESS WITH THE INTENT TO DISTRIBUTE METHAMPHETAMINE;

21 U.S.C. §§ 841(a)(1) –DISTRIBUTION OF METHAMPHETAMINE;