LAW OFFICE OF EMILY DELEON
EMILY DELEON, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 331-0207
Email: emily@lawdeleon.com

Attorney for:
Curtis Andrew Baldwin

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>CURTIS ANDREW BALDWIN,<br><br>Defendants. | Case No.  1:17-cr-00010-LJO-SKO<br><br><br>STIPULATION AND ORDER TO CONTINUE BREIFING SCHEDULE DEADLINE |
|---|---|

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND ANGELA L. SCOTT, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, CURTIS ANDREW BALDWIN, by and through his attorney of record, EMILY DELEON, hereby requesting that the Court extend the deadline for providing the Court a briefing schedule to May 11, 2020.  This request is based on the Counsel being appointed on April 30, 2020 and needing additional time to familiarize herself with the case and speak to the client.  Counsel for Mr. Baldwin has already been in touch with Lompoc and has been informed she will be able to have an Attorney Call with Mr. Baldwin in the coming days.  After this conversation, Counsel for Mr. Baldwin can have a more meaningful conversation with the Government regarding a briefing schedule as requested by the Court.

/////

/////

/////

1

**IT IS SO STIPULATED.**

DATED: 05/01/20

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
Curtis Andrew Baldwin

DATED: 05/01/20

*/s/Angela L. Scott*
ANGELA L. SCOTT
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED that the BRIEFING SCHEDULE due May 4, 2020 be continued to May 11, 2020.

IT IS SO ORDERED.

Dated:   **May 1, 2020**

UNITED STATES DISTRICT JUDGE

2