LAW OFFICE OF EMILY DELEON
EMILY DELEON, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 331-0207
Email: emily@lawdeleon.com

Attorney for:
Curtis Andrew Baldwin

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00010-LJO-SKO |
|---|---|
| Plaintiff | |
| CURTIS ANDREW BALDWIN, | STIPULATION AND ORDER FOR BRIEFING SCHEDULE |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND ANGELA L. SCOTT, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, CURTIS ANDREW BALDWIN, by and through his attorney of record, EMILY DELEON, hereby submitting the following proposed order for a briefing schedule regarding the Defendant's request for Compassionate Release.

**IT IS SO STIPULATED.**

DATED: 05/11/20

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
Curtis Andrew Baldwin

DATED: 05/11/20

*/s/Angela L. Scott*
ANGELA L. SCOTT
Assistant U.S. Attorney

1

# **ORDER**

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Defendant's/Petitioner's Supplemental Opening Brief **Due May 25, 2020**

Government/Respondent's Opposition Brief **Due June 2, 2020**

Defendant's/Petitioner's Reply (if any) **Due June 4, 2020**

IT IS SO ORDERED.

Dated: **May 12, 2020**                             /s/ Dale A. Drozd
                                                                    UNITED STATES DISTRICT JUDGE

2